UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **1910, LLC** | * | **CIVIL ACTION NO.: 2:22-CV-05743** |
| | * | |
| **versus** | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **MAXUM INDEMNITY COMPANY** | * | **MAGISTRATE JUDGE KATHLEEN KAY** |
| | * | |

**************************************************************************

**DEFENDANT MAXUM INDEMNITY COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Maxum Indemnity Company, by counsel, makes the following disclosure:

1. Maxum Indemnity Company is a Connecticut corporation that is wholly-owned by Hartford Fire Insurance Company, a Connecticut corporation.

2. Hartford Fire Insurance Company is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc., a Delaware corporation.  The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation.  No publicly held corporation currently owns 10% or more of its stock.

                                                                         Respectfully submitted,

                                        BY:   /s/ Tabitha R. Durbin
                                                TABITHA R. DURBIN (#29164)
                                                **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                                100 East Vermilion Street, Suite 300
                                                Lafayette, Louisiana 70501
                                                Telephone: 337-326-5777
                                                Facsimile: 337-504-3341
                                                E-mail:  Tabitha.Durbin@lewisbrisbois.com
                                                **Counsel for Maxum Indemnity Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed this 9th day of November, 2022.

                /s/ Tabitha R. Durbin
            TABITHA R. DURBIN

4889-5393-2092.1